I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: 06/23/2015

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ANTHEM, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                MDL No. 2617

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 8, 2015, the Panel transferred 16 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Lucy H. Koh.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Koh.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 8, 2015, and, with the consent of that court, assigned to the Honorable Lucy H. Koh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ANTHEM, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                    MDL No. 2617

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 15−00083 | Hodges v. Anthem Inc et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15−01144 | Cathryn Salerno v. Anthem, Inc. et al |
| CAC | 2 | 15−01214 | John Bell et al v. Anthem, Inc. et al |
| CAC | 2 | 15−02055 | Manuel Vasquez et al v. Blue Cross of California |
| CAC | 5 | 15−01046 | Kelly Tharp et al v. ANTHEM, INC. et al |
| CAC | 8 | 15−00296 | Chris Hudson et al v. Anthem Inc. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 15−00460 | Moran v. Anthem, Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 15−00279 | Slater v. Anthem, Inc. et al |
| CAS | 3 | 15−00289 | Meer v. Anthem, Inc. et al |
| CAS | 3 | 15−00293 | Napoleon v. Anthem, Inc. et al |
| CAS | 3 | 15−00316 | Jigarjian v. Anthem, Inc. et al |
| CAS | 3 | 15−00318 | Edwards et al v. Anthem, Inc. et al |
| CAS | 3 | 15−00321 | Trawick v. Anthem, Inc. et al |
| CAS | 3 | 15−00431 | Fessia v. Anthem, Inc. et al |
| ~~CAS~~ | ~~3~~ | ~~15−00834~~ | ~~Wickens v. Blue Cross of California, Inc. et al~~   Opposed 6/16/15 |
| CAS | 3 | 15−00982 | Gil v. Blue Cross of California |
| COLORADO | | | |
| CO | 1 | 15−00314 | Hills v. Anthem, Inc. |
| CO | 1 | 15−00323 | Mellon v. Anthem Inc et al |
| CONNECTICUT | | | |
| CT | 3 | 15−00250 | Peterman v. Anthem, Inc. et al |

| | | | |
|---|---|---|---|
| CT | 3 | 15−00292 | Pierpont v. Anthem, Inc et al |
| CT | 3 | 15−00345 | Ruhlemann v. Anthem, Inc et al |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 6 | 15−00238 | Haag et al v. Anthem, Inc. et al |

**GEORGIA NORTHERN**

| | | | |
|---|---|---|---|
| GAN | 1 | 15−00663 | Jones v. Anthem, Inc. et al |

**GEORGIA SOUTHERN**

| | | | |
|---|---|---|---|
| GAS | 4 | 15−00067 | Bell v. Anthem, Inc. et al |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ~~ILN~~ | ~~1~~ | ~~15−02006~~ | ~~Ross v. Blue Cross Blue Shield Association et al~~ |

Opposed 6/16/15

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 1 | 15−00204 | LESHER et al v. ANTHEM INC. |
| INS | 1 | 15−00207 | MITCHEL v. ANTHEM INSURANCE COMPANIES, INC. et al |
| INS | 1 | 15−00208 | IMMERMAN et al v. ANTHEM, INC. et al |
| INS | 1 | 15−00209 | IFVERSEN v. ANTHEM INC. |
| INS | 1 | 15−00214 | CAHILL v. ANTHEM, INC. |
| INS | 1 | 15−00223 | HARKER v. ANTHEM INC. |
| INS | 1 | 15−00230 | BECKER et al v. ANTHEM, INC. |
| INS | 1 | 15−00247 | HURLEY v. ANTHEM, INC. et al |
| INS | 1 | 15−00287 | STAFFIERI v. ANTHEM, INC. et al |
| INS | 1 | 15−00288 | BLAIN et al v. ANTHEM, INC. |
| INS | 1 | 15−00289 | BROCK et al v. ANTHEM COMPANIES OF CALIFORNIA et al |
| INS | 1 | 15−00307 | DOUGLASS v. ANTHEM, INC. et al |
| INS | 1 | 15−00319 | HYDE v. ANTHEM INC. et al |
| INS | 1 | 15−00326 | CHEHRAZI et al v. ANTHEM, INC. |
| INS | 1 | 15−00330 | FOLEY v. ANTHEM INC. |
| INS | 1 | 15−00349 | PARACHA et al v. ANTHEM COMPANIES et al |
| INS | 1 | 15−00393 | SZALANKIEWICZ et al v. ANTHEM INC. |
| INS | 1 | 15−00394 | BABBITT v. ANTHEM INC. |
| INS | 1 | 15−00403 | HADLEY v. ANTHEM INC. |
| INS | 1 | 15−00422 | MERTZ v. ANTHEM |
| INS | 1 | 15−00465 | AMES et al v. ANTHEM INC. et al |
| INS | 1 | 15−00480 | SWANK v. ANTHEM INC. et al |
| INS | 1 | 15−00518 | HAAS v. ANTHEM INC. |
| INS | 1 | 15−00526 | HAYES v. ANTHEM INC. et al |
| INS | 1 | 15−00544 | COMBS et al v. ANTHEM, INC. |
| INS | 1 | 15−00587 | BELLEGARDE et al v. ANTHEM INC. |
| INS | 4 | 15−00050 | MCGILL et al v. ANTHEM, INC. et al |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 2 | 15−02577 | McInnis v. Anthem, Inc. et al |
| KS | 2 | 15−07933 | Julie Stanturf, on behalf of herself and all others similarly situated v. Amerigroup Corporation et al |

**KENTUCKY WESTERN**

| | | | |
|---|---|---|---|
| KYW | 3 | 15−00134 | Maric v. Anthem, Inc. et al |

**MAINE**

| | | | |
|---|---|---|---|
| ME | 2 | 15−00086 | MASON v. ANTHEM INC et al |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 15−10530 | Daniels v. Anthem, Inc. |

**MISSOURI EASTERN**

| | | | |
|---|---|---|---|
| MOE | 4 | 15−00513 | Keeton v. Anthem et al |
| MOE | 4 | 15−00575 | Sabatino et al v. HMO Missouri, Inc. et al |
| MOE | 4 | 15−00626 | Noble et al v. RightChoice Managed Care, Inc. et al |

**NEVADA**

| | | | |
|---|---|---|---|
| NV | 2 | 15−00401 | Pratt et al v. Anthem, Inc. |

**NEW HAMPSHIRE**

| | | | |
|---|---|---|---|
| NH | 1 | 15−00090 | Coler v. Anthem, Inc. et al |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 1 | 15−01309 | Redhead et al v. Anthem, Inc. et al |
| ~~NYE~~ | ~~1~~ | ~~15−02380~~ | ~~Smilow et al v. Anthem Life & Disabilty Insurance Company et al~~   Opposed 6/16/15 |
| NYE | 2 | 15−00704 | Nicoll v. Anthem, Inc. et al |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 15−00920 | Schneider et al v. Anthem, Inc. et al |
| NYS | 1 | 15−00984 | Kamal et al v. Anthem, Inc. et al |
| NYS | 1 | 15−01177 | Petty v. Anthem, Inc. |

**NORTH CAROLINA EASTERN**

| | | | |
|---|---|---|---|
| NCE | 4 | 15−00040 | Scofield, III v. Anthem, Inc. et al |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 1 | 15−00284 | Hayes et al v. Anthem, Inc. et al |
| OHN | 3 | 15−00718 | Patrick v. Anthem, Inc. |

| | | | |
|---|---|---|---|
| OHN | 4 | 15−00638 | Xides v. Anthem, Inc. et al |
| OHN | 4 | 15−01031 | Gnipp v. Anthem, Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 15−00897 | Sizemore v. Anthem Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 15−02529 | WHALEN v. ANTHEM, INC. et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 15−00226 | BAZLEY v. ANTHEM, INC. et al |
| PAW | 2 | 15−00508 | SMITH v. ANTHEM, INC. et al |
| PAW | 2 | 15−00669 | RENNINGER v. ANTHEM, INC. |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 15−04083 | Shiltz, et al. v. Anthem, Inc., et al. |